IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>ROBERTO NAVA,<br><br>                Defendant. | **8:21–CR–265**<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court upon the Government's Motion for Final Order of Forfeiture. Filing 95. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 12, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $42,000.00 in United States currency. Filing 68.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 14, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 11, 2023. Filing 94.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

    1.    The Government's Motion for Final Order of Forfeiture, Filing 95, is granted;

2. All right, title and interest in and to the $42,000.00 taken from defendant on or about September 23, 2021, held by any person or entity are forever barred and foreclosed;

3. The $42,000.00 in United States currency is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 12th day of July 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Court Judge